# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:16CR3007 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CASSIE WALTERS, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant's Motion to Modify Conditions of Release (#18). The defendant, Cassie Walters, moves the court for an order releasing her for short term residential treatment at St. Monica's. The motion is denied without hearing.

A review of the docket in this case shows the defendant is charged in a one-count indictment with conspiracy to distribute methamphetamine, punishable by imprisonment of ten years to life, a fine not to exceed ten million dollars, five years of supervised release, and a $100 special assessment.

A review of the defendant's February 3, 2016, Pretrial Services Report (#8) and Senior Judge Richard G. Kopf's February 3, 2016, Detention Order (#13), discloses that the defendant has completed three prior substance abuse treatment programs. Given her current charge and numerous opportunities for successful treatment, I find the defendant's proposed plan of release does not mitigate the court's concern as to risk of nonappearance or that she would endanger the safety of another person or the community. Additionally, the proposed placement of the defendant at St. Monica's fails to rebut the presumption of detention under 18 U.S.C. § 3142(e).

**IT IS ORDERED:** Defendant's Motion to Modify Conditions of Release (#18) is denied without hearing.

Dated this 17th day of February 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge